**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------X
ALEXIS BRAVO, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

VERONA HOSPITALITY LLC (D/B/A AMARONE RESTAURANT), ANDREW FERREIRA, and JUAN S. BLANCO,

*Defendants,*
--------------------------------------------------X

Civil Action No. 26-CV-08821 (MMG)

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On November 23, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ALEXIS BRAVO, have judgment against VERONA HOSPITALITY LLC (D/B/A AMARONE RESTAURANT), ANDREW FERREIRA, and JUAN S. BLANCO, jointly and severally, in the amount of Twenty-Four Thousand dollars and Zero cents ($24,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 24, 2026

Hon. Margaret M. Garnett
U.S. District Judge